**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

  **v.**            Case No. 08-cr-011-PB

<u>Rob Thompson</u>

**O R D E R**

  The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow additional time to resolve his state court case, scheduled for trial on June 16, 2008, prior to the trial in this matter.  The government does not object to a continuance of the trial date.

  Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The April 28, 2008 final pretrial conference is continued to July 30, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 21, 2008

cc: Tony Soltani, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal