**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

   v.                                          Case No. 08-cr-11-PB

<u>Rob Thompson</u>


**O R D E R**

     The defendant, through counsel, has moved to continue the August 19, 2008 trial in the above case, citing a state court trial against the defendant currently scheduled for October 2008 and the need for additional time to negotiate a global resolution of the pending actions against him.  The government does not object to a continuance of the trial.

     Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 19, 2008 to November 4, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 30, 2008 final pretrial conference is continued to October 23, 2008 at 4:15 p.m.

SO ORDERED.

                                                 /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

July 30, 2008

cc:   Tony Soltani, Esq.
      Helen Fitzgibbon, AUSA
      United States Probation
      United States Marshal

2